GARY M. RESTAINO
United States Attorney
District of Arizona
KELLY CAVANAUGH
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Kelly.Cavanaugh@usdoj.gov
Attorneys for Plaintiff

FILED

2023 OCT 25  AM 2: 07

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-01634 TUC-RCC(LCK)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 924(a)(1)(A) Making False Statement in Connection With Acquisition of Firearms Counts 1-3 |
| Cesar Reynaldo Peralta, | 18 U.S.C. § 924(d) 28 U.S.C. § 2461(c) Forfeiture Allegation |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNTS 1-3

On or about the dates listed below, in the District of Arizona, the Defendant CESAR REYNALDO PERALTA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was not the actual transferee/buyer of the firearms, he acquired them on behalf of another person.

///

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 07/27/2023 | Turner's Outdoorsman | Glock, model 17, 9mm caliber pistol |
| 2 | 07/27/2023 | The Hub | Glock, model 17, 9mm caliber pistol |
| 3 | 07/27/2023 | SNG Tactical LLC | Century Arms, model VSKA, 762 x 39 caliber rifle |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant, CESAR REYNALDO PERALTA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | Glock, model 17, 9mm caliber pistol | CAGS388 |
| 2 | Glock, model 17, 9mm caliber pistol | CAGR130 |
| 3 | Century Arms, model VSKA, 762 x 39 caliber rifle | SV7136730 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: October 25, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

KELLY CAVANAUGH
Assistant U.S. Attorney

*United States of America v. Cesar Reynaldo Peralta*
*Indictment Page 3 of 3*