TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KELLY CAVANAUGH
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: kelly.cavanaugh@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   vs.<br><br>Cesar Reynaldo Peralta,<br><br>               Defendant. | CR 23-01634-TUC-RCC-LCK<br><br>UNITED STATES SENTENCING MEMORANDUM |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**TERM OF IMPRISONMENT**   **10 months**

**SUPERVISED RELEASE**      **3 years**

**SPECIAL ASSESSMENT**      **$100.00**

The United States Probation Office (USPO) has prepared a presentence investigation report (PSR) in this case.  The United States agrees with the factual and legal findings of the USPO.  The defendant and the United States have certain U.S.S.C. Guidelines agreements found in the plea agreement at Docket 64.

The defendant purchased firearms from a federally licensed firearm dealer and made a false statement on Form 4473 when he claimed to purchase the firearms for himself, but purchased them for another person.

The USPO has calculated the defendant's total U.S.S.G. offense level at 12. The United States agrees with this calculation.

The parties' plea agreement calls for an additional two-level enhancement for purchasing three to seven firearms pursuant to U.S.S.G. § 2K2.1.

The USPO found an additional enhancement not contemplated by the parties' plea agreement, the United States recommends U.S.S.G. calculations from the parties' plea agreement. For a total offense level of 12.

The USPO has calculated the defendant's criminal history as I.

This is a U.S.S.G. range of 10 to 16 months.

The United States recommends a sentence of 10 months imprisonment followed by three years of supervised release.

The defendant is 23 years old and does not have any criminal history. The defendant was one of several individuals purchasing firearms for another person. This is a particularly dangerous activity, given that many of those firearms make their way to Mexico and are used for violent activity in Mexico.

The United States sentencing recommendation is consistent with the parties' plea agreement.

RESPECTFULLY SUBMITTED this 4th day of March 2025, in Tucson, Arizona.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Kelly Cavanaugh*

KELLY CAVANAUGH
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 4th day of March 2025, to:

All ECF Participants